Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Lilit Tunyan (SBN: 329351)
ltunyan@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Blvd., Ste. 814
Long Beach, CA  90802
Telephone:   562.590.5550
Facsimile:    562.590.8400

**Attorneys for Plaintiff Gena Shaw-Taylor**

Evan R. Moses, CA Bar No. 198099
evan.moses@ogletree.com
Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213-239-9800
Facsimile:    213-239-9045

**Attorneys for Defendant AutoZone, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GENA SHAW-TAYLOR, as an individual and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Tennessee corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-03262 VAP (SPx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  March 21, 2019<br>Trial Date:            None Set<br>District Judge:     Hon. Virginia A. Phillips<br>Magistrate Judge: Hon. Sheri Pym |

## ORDER

Having read the Joint Stipulation for Dismissal with Prejudice submitted herewith between Plaintiff GENA SHAW-TAYLOR, ("Plaintiff") and Defendant AUTOZONE, INC. ("Defendant") (collectively "Parties"), **IT IS HEREBY ORDERED THAT**:

1. The stipulation is approved;
2. The entire action stated herein, is hereby dismissed with prejudice; and
3. Each party to bear her/its own attorney's fees and costs.

Dated: January 21, 2021

Hon. Virginia A. Phillips
United States District Court

45691979.1